UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

        Plaintiff,

vs.

C. O. SELLES, et al.,

        Defendants.

No. C 07-1414 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. Plaintiff's application for leave to proceed in forma pauperis ("IFP") was deficient, so the clerk sent plaintiff a notice to that effect. He filed a new application remedying the deficiency. The court then granted him leave to proceed IFP and reviewed the complaint, dismissing it with leave to amend.

Instead of amending, plaintiff has filed a "Motion to Reply and Objections to Magistrate Judge's Recommendations and Findings." In it he says that he had previously asked that this case be dismissed because he has "three strikes," so cannot proceed IFP. *See* 28 U.S.C. 1915(g). There is no such communication in the file.

Considered as a motion, the filing (document 9) is **DENIED**, there not being any recommendations to object to. Rather, it is a voluntary dismissal as of right. *See* Fed. R.Civ.P. 41(a)(1). Plaintiff's implied request to reconsider the grant of IFP status is **GRANTED**; upon reconsideration, leave to proceed IFP is **DENIED**. No fee is due. No further funds shall be withheld from plaintiff's trust account for the filing fee in this case. The clerk shall send a copy of this order to the Inmate Trust Account Office at Salinas Valley State Prison and to this court's Finance Department. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 16, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\YONAI414.DSM.wpd